UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| EDMOND A. CARTER, | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:24-cv-01042-MHH-SGC |
| CHRISTOPHER GORDY, *Warden*, | ) |
| Respondent. | ) |

## **MEMORANDUM OPINION**

On January 8, 2025, the magistrate judge entered a report in which she recommended that the Court deny Mr. Carter's petition for writ of habeas corpus under 28 U.S.C. § 2254 because his petition is time-barred. (Doc. 7). The magistrate judge also recommended that the Court decline to issue a certificate of appealability. (Doc. 7). The magistrate judge advised Mr. Clark of his right to object within 14 days. (Doc. 7). To date, the Court has not received objections.

After consideration of the electronic record in this case, the Court adopts the magistrate judge's report and accepts her recommendation. By separate order, the Court will deny Mr. Carter's habeas claim as untimely. The Court will not issue a certificate of appealability.[1]

---

[1] Pursuant to Rule 22(b)(1) of the Federal Rules of Appellate Procedure, Mr. Clark may request a certificate of appealability from the Eleventh Circuit Court of Appeals. Fed. R. App. P. 22(b); 11th Cir. R. 22-1.

**DONE** and **ORDERED** this February 3, 2025.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE